AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARIO ALBERTO SIMBAQUEBA,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV309-066

UNITED STATES DEPARTMENT OF DEFENSE,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court Entered on July 29, 2010, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Defendant's request that Plaintiff's case be dismissed is DENIED, but Defendant's request that Plaintiff's case be transferred is GRANTED. Accordingly, Plaintiff's case is TRANSFERRED to the U S District Court in the Southern District of Ohio and this civil action stands CLOSED.

July 29, 2010
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03